No. 03–1270.   MASON ET AL. *v.* AMERICAN TOBACCO CO. ET AL. C. A. 2d Cir.   Motion of Charles E. Grassley for leave to file a brief as *amicus curiae* granted.   Certiorari denied. █

No. 03–1290.   EASTON *v.* FALLMAN ET AL.   C. A. 9th Cir. Certiorari denied.   JUSTICE BREYER took no part in the consideration or decision of this petition. █

No. 03–1328.   GOUGHNOUR, ACTING WARDEN *v.* COOPER. C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.   Certiorari denied. █

No. 03–8778.   GRAVES *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Motion of petitioner to defer consideration of petition for writ of certiorari denied.   Certiorari denied. █

No. 02–409.   FAVISH *v.* NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ET AL., *ante,* p. 972;

No. 02–626.   SOUTH FLORIDA WATER MANAGEMENT DISTRICT *v.* MICCOSUKEE TRIBE OF INDIANS ET AL., *ante,* p. 95;

No. 02–954.   NATIONAL ARCHIVES AND RECORDS ADMINISTRATION *v.* FAVISH ET AL., *ante,* p. 157;

No. 03–975.   IN RE LYONS, 540 U. S. 1217;

No. 03–1000.   BERAS, AKA SILVESTRE *v.* UNITED STATES, 540 U. S. 1184;

No. 03–1047.   ADAIR ET AL. *v.* ALABAMA DEPARTMENT OF ECONOMIC AND COMMUNITY AFFAIRS ET AL., *ante,* p. 938;

No. 03–1062.   IN RE NORMAN, *ante,* p. 902;

No. 03–1227.   PO KEE WONG *v.* PATENT AND TRADEMARK OFFICE, BOARD OF PATENT APPEALS AND INTERFERENCES, *ante,* p. 975;

No. 03–7353.   DAVIS *v.* UNITED STATES, 540 U. S. 1084;

No. 03–7669.   PAGEL *v.* UTAH STATE PRISON ET AL., 540 U. S. 1186;

No. 03–7672.   WALLACE *v.* WALLER, WARDEN, 540 U. S. 1186;

No. 03–7747.  BONDURANT *v.* UNITED STATES, 540 U. S. 1138;

No. 03–7913.  GLASS *v.* UNITED STATES, 540 U. S. 1166;

No. 03–7978.  LOUIE *v.* POPPELL, WARDEN, 540 U. S. 1195;

No. 03–7981.  LAMAR *v.* PERDUE ET AL., 540 U. S. 1195;

No. 03–8181.  ARLEDGE *v.* GLENN ET AL., 540 U. S. 1223;

No. 03–8231.  VOITS *v.* OREGON, *ante*, p. 908;

No. 03–8243.  COBBS *v.* DUNCAN, WARDEN, *ante*, p. 908;

No. 03–8300.  STEVENS *v.* MICHIGAN, *ante*, p. 909;

No. 03–8323.  WHITE *v.* MICHIGAN CENTER FOR FORENSIC PSYCHIATRY, *ante*, p. 942;

No. 03–8384.  HOWARD *v.* ZEMMELMAN, JUDGE, COURT OF COMMON PLEAS OF OHIO, LUCAS COUNTY, ET AL., *ante*, p. 944;

No. 03–8458.  BANDA *v.* MORGAN ET AL., *ante*, p. 945;

No. 03–8477.  BARKCLAY *v.* MARICOPA COUNTY, ARIZONA, ET AL., *ante*, p. 946;

No. 03–8492.  IN RE SIMMONS, *ante*, p. 934;

No. 03–8518.  RIVERS *v.* PENNSYLVANIA, *ante*, p. 961;

No. 03–8688.  WILLIAMS *v.* ROWLEY, SUPERINTENDENT, NORTHEAST CORRECTIONAL CENTER, *ante*, p. 976;

No. 03–8700.  SMITH *v.* FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 949;

No. 03–8703.  MILNES *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 949;

No. 03–8746.  ROUNTREE *v.* OHIO, *ante*, p. 950;

No. 03–8747.  BEAVER *v.* FLORIDA, *ante*, p. 950;

No. 03–8768.  LEVINE *v.* ELLIS, WARDEN, *ante*, p. 912;

No. 03–8794.  SIMMS *v.* UNITED STATES, *ante*, p. 951;

No. 03–8859.  MCDONALD *v.* HARO, WARDEN, *ante*, p. 953; and

No. 03–9099.  LANG *v.* UNITED STATES, *ante*, p. 967.  Petitions for rehearing denied.

No. 02–11299.  DUBOIS *v.* NEW JERSEY ET AL., 540 U. S. 866; and

No. 03–7986.  IN RE GREEN, 540 U. S. 1103.  Motions for leave to file petitions for rehearing denied.

MAY 18, 2004

No. 03–10401 (03A939).  PATTERSON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Application for stay of ex-